IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

---

| | |
|---|---|
| JAMES M. GALLIGAN, | Civil File No. 10-CV-2223 EFM/DJW |
| Plaintiff, | |
| vs. | STIPULATION OF DISMISSAL WITH PREJUDICE |
| RSH & ASSOCIATES, LLC, | |
| Defendant. | |

---

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the plaintiff James M. Galligan, and the defendant, RSH & Associates, LLC hereby stipulate to the dismissal of the above-styled case and any claims that were raised or that could have been raised in this action, <u>with prejudice</u>, each side to bear its own costs and attorneys fees.

Respectfully submitted,

Dated: <u>September 23, 2010</u>     By: <u>/s/J. Mark Meinhardt</u>
J. Mark Meinhardt
4707 College Boulevard, Suite 100
Leawood, KS  66211
(913) 451-9797
(913) 451-6163 (fax)
ATTORNEY FOR PLAINTIFF

Dated: <u>September 23, 2010</u>     By: <u>/s/Sean M. Sturdivan</u>
Sean M. Sturdivan
Sanders, Warren & Russell LLP
9401 Indian Creek Parkway, Suite 1250
Overland Park, KS 66210
(913) 234-6100
(913) 234-6199 (fax)
ATTORNEY FOR DEFENDANT